LINDA L. KEEFE, Appellant, v VICTOR F. KEEFE, Respondent

Present—Callahan, J. P., Boomer, Green, Balio and Lawton, JJ. (Order entered Jan. 22, 1992.)

In the Matter of BRANDON C. and Others, Infants. JAMES K., Appellant

Present—Callahan, J. P., Boomer, Green, Balio and Doerr, JJ. (Order entered Jan. 22, 1992.)

PEOPLE v MARK MOREY, Defendant

Memorandum: Defense counsel's failure to comply with 22 NYCRR 1022.11 (a) constitutes improper conduct of counsel. Present—Callahan, J. P., Boomer, Lawton, Davis and Doerr, JJ.

PEOPLE v GARY EADY, Defendant

Memorandum: Counsel representing defendants in criminal cases are admonished to comply with 22 NYCRR 1022.11 (a). Present—Callahan, J. P., Boomer, Lawton, Davis and Doerr, JJ.